Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., PATON HOLDINGS LTD., VR CAPITAL GROUP LTD., AND VR ARGENTINA RECOVERY FUND, LTD. <br><br>Plaintiffs,<br><br> - against -<br><br>PHILIP R. BENNETT, WILLIAM M. SEXTON, SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP SILVERMAN, ROBERT C. TROSTEN, RICHARD N. OUTRIDGE, TONE GRANT, REFCO GROUP HOLDINGS, INC., THOMAS H. LEE PARTNERS, L.P., THOMAS H. LEE ADVISORS LLC., THL MANAGERS V, LLC., THL EQUITY ADVISORS V, LLP., THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE TRUST, THOMAS H. LEE, DAVID V. HARKINS, SCOTT L. JAECKEL, SCOTT A. SCHOEN, AND GRANT THORNTON LLP<br><br>Defendants. | No. 07 Civ. **CIV 8686** <br><br> |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs make the following statements in accordance with Federal Rule of Civil Procedure 7.1(a):

Plaintiff VR Global Partners, L.P. states that it has no parent corporation. Plaintiff VR Global Partners, L.P. further states that there is no publicly traded corporation that owns 10% or more of its stock.

Plaintiff Paton Holdings Ltd. states that it has no parent corporation. Plaintiff Paton Holdings Ltd. further states that there is no publicly traded corporation that owns 10% or more of its stock.

Plaintiff VR Capital Group Ltd. states that it has no parent corporation. Plaintiff VR Capital Group Ltd. further states that there is no publicly traded corporation that owns 10% or more of its stock.

Plaintiff VR Argentina Recovery Fund, Ltd. states that it has no parent corporation. Plaintiff VR Argentina Recovery Fund, Ltd. further states that there is no publicly traded corporation that owns 10% or more of its stock.

Dated: New York, NY

      October 9, 2007

MILBANK, TWEED, HADLEY & McCLOY LLP

_____
Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000