```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION                     :    05 Civ. 8626 (GEL)
                                                            :
------------------------------------------------------------x
                                                            :
AMERICAN FINANCIAL INTERNATIONAL                            :        ORDER
GROUP–ASIA, L.L.C. et al.,                                  :
                                                            :
                           Plaintiffs,                      :
                                                            :    05 Civ. 8988 (GEL)
      -against-                                             :
                                                            :
PHILLIP R. BENNETT et al.,                                  :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------x
                                                            :
CHRISTOPHER CARMONA, derivatively on                        :
behalf of THE GOLDMAN SACHS GROUP,                          :
INC.,                                                       :
                                                            :
                           Plaintiff,                       :
                                                            :    05 Civ. 9327 (GEL)
      -against-                                             :
                                                            :
HENRY M. PAULSON et al.,                                    :
                                                            :
                           Defendants,                      :
      -and-                                                 :
                                                            :
THE GOLDMAN SACHS GROUP, INC.,                              :
a Delaware corporation,                                     :
                                                            :
                           Nominal Defendant.               :
                                                            :
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,                   :
                                                            :
                           Plaintiffs,                      :
                                                            :    05 Civ. 9608 (GEL)
      - against-                                            :
```

| | |
|---|---|
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

---

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

---

| | |
|---|---|
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | |
| Plaintiffs, | |
| - against- | 07 Civ. 6767 (GEL) |
| MAYER, BROWN, ROWE & MAW LLP, | |
| Defendant. | |

---

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | |
| - against- | 07 Civ. 7074 (GEL) |
| THOMAS H. LEE PARTNERS, L.P. et al., | |
| Defendants. | |

---

| | |
|---|---|
| AXIS REINSURANCE COMPANY, | |
| Plaintiff, | |
| - against- | 07 Civ. 7924 (GEL) |
| PHILLIP R. BENNETT et al., | |

|  |  |
|---|---|
| Defendants. | : <br> : |

---

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the <br> Refco Private Actions Trust, | : <br> : |
| Plaintiff, | : <br> : |
| - against- | : |
| PHILLIP R. BENNETT et al., | : <br> : |
| Defendants. | : <br> : |

07 Civ. 8165 (GEL)

---

|  |  |
|---|---|
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : |
| Plaintiffs, | : <br> : |
| - against- | : |
| GRANT THORNTON LLP, | : <br> : |
| Defendant. | : |

07 Civ. 8663 (GEL)

---

|  |  |
|---|---|
| VR GLOBAL PARTNERS, L.P. et al., | : |
| Plaintiffs, | : <br> : |
| - against- | : |
| PHILLIP R. BENNETT et al., | : <br> : |
| Defendants. | : <br> : |

07 Civ. 8686 (GEL)

---

CAPITAL MANAGEMENT SELECT FUND
LTD. et al.,
                    Plaintiffs,

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

-----------------------------------------------------------x

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | |
|  | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                              _____
                                              GERARD E. LYNCH
                                              United States District Judge