```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re REFCO CAPITAL MARKETS, LTD.      :
BROKERAGE CUSTOMER SECURITIES          :      06 Civ. 643 (GEL)
LITIGATION                             :
                                       :
------------------------------------------------------------x      **ORDER**
VR GLOBAL PARTNERS, L.P. et al.,       :
                                       :
              Plaintiffs,              :
                                       :      07 Civ. 8686 (GEL)
    - against-                         :
                                       :
PHILLIP R. BENNETT et al.,             :
                                       :
              Defendants.              :
------------------------------------------------------------x
CAPITAL MANAGEMENT SELECT FUND         :
LTD. et al.,                           :
              Plaintiffs,              :
                                       :
                                       :      07 Civ. 8688 (GEL)
    - against-                         :
                                       :
PHILLIP R. BENNETT et al.,             :
                                       :
              Defendants.              :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The Court having been informed that counsel for lead plaintiff in the Refco Capital Markets ("RCM") class action (06 Civ. 643) and counsel for plaintiffs in the individual actions (07 Civ. 8686 and 07 Civ. 8688) are in discussions toward a potential structure for the leadership and/or coordination of the prosecution of the class and individual actions, it is hereby ORDERED that:

1.    The time for plaintiffs in the individual actions to file opposition papers to the motion to consolidate filed by the lead plaintiff in the RCM class action is extended up to and including November 14, 2007.

2.    The status conference scheduled for October 31, 2007, at 3:00 p.m., is adjourned until Tuesday, November 20, 2007, at 3:00 p.m.

3.    Lead plaintiff in the RCM class action shall file and serve a second amended class action complaint by December 21, 2007.

4.  In both the RCM class action and the individual actions: (a) defendants shall move or otherwise respond by February 21, 2008; (b) opposition papers shall be served and filed by April 21, 2008; and (c) defendants' reply papers, if any, shall be served and filed by May 21, 2008.

SO ORDERED.

Dated: New York, New York
October 30, 2007

_____
GERARD E. LYNCH
United States District Judge