# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | FACSIMILE (212) 294-4700<br>www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

November 2, 2007

**BY HAND**

Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007-1581

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/5/07]

      Re:      *In re Refco Capital Markets, Ltd. Brokerage Customer Sec. Litig.*, 06 Civ. 643 (GEL)

               *VR Global Partners, L.P. et al. v. Phillip R. Bennett, et al.*, 07 Civ. 8686 (GEL)

Honorable Judge Lynch:

       We represent defendant Grant Thornton LLP ("Grant Thornton") in the above-referenced actions. On October 31, 2007, the Court filed an Order ("Order") setting forth a schedule extending the time to file opposition papers to the motion to consolidate filed by Lead Plaintiffs in *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Litigation*, 06 Civ. 643 (GEL) ("Consolidation Motion").

       It is Grant Thornton's understanding that the Order extends the time for all parties to file opposition papers to the Consolidation Motion. To the extent the Order does not address the time for defendants to respond, Grant Thornton respectfully joins in the request by counsel to Thomas H. Lee Partners, L.P. and related persons and entities (by letter to Your Honor, dated November 1, 2007) for an extension of time from November 1, 2007 up to and including November 14, 2007 to file any opposition papers to the Consolidation Motion. *

       This is Grant Thornton's first request for an extension of this deadline. Counsel for Lead Plaintiffs do not oppose this request.

                                       Respectfully submitted,

                                       David E. Mollón

cc:     Counsel of Record (By E-mail)

\* SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
11/2/07

NY:1044920.2