UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :

VR Global Partners, L.P., et al.,      :     Case No.: 07 Civ. 8686 (GEL)
                              :
Plaintiffs,                         :
                              :     **NOTICE OF APPEARANCE**
-against-                      :
                              :
Philip R Bennett, et al.,           :
                              :
Defendants.                     :
------------------------------X

       PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears on behalf of Defendant Santo C. Maggio in the above-captioned action. All papers in this action shall be served upon the undersigned at the address set forth below.

Dated: November 15, 2007
       New York, New York       Respectfully submitted,

                        By:  /s/ Richard Soto_____
                            Richard Soto
                            HUNTON & WILLIAMS LLP
                            200 Park Avenue, 52nd Floor
                            New York, New York 10166-0136
                            (212) 309-1000
                            rsoto@hunton.com

                            *Attorneys for Defendant Santo C. Maggio*

TO:   Luc A. Despins, Esq.
       Sander Bak, Esq.
       Scott Alexander Edelman, Esq.
       Milbank, Tweed, Hadley & McCloy, LLP
       1 Chase Manhattan Plaza
       New York, New York 10005

## **DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Santo C. Maggio.

That on November 15, 2007, I served a true copy of the attached Notice of Appearance on counsel for Plaintiffs, via the Court's ECF System and by and via First Class Mail, to the address listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2007.

/s/ Bradford C. Mulder
Bradford C. Mulder


TO:    Luc A. Despins, Esq.
         Sander Bak, Esq.
         Scott Alexander Edelman, Esq.
         Milbank, Tweed, Hadley & McCloy, LLP
         1 Chase Manhattan Plaza
         New York, New York 10005