USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
In re REFCO, INC. SECURITIES LITIGATION : 05 Civ. 8626 (GEL)
: 
-----------------------------------------------------------x
: 
AMERICAN FINANCIAL INTERNATIONAL : **ORDER**
GROUP–ASIA, L.L.C. et al., :
:
         Plaintiffs, :
: 05 Civ. 8988 (GEL)
-against- :
:
PHILLIP R. BENNETT et al., :
:
         Defendants. :
:
-----------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on :
behalf of THE GOLDMAN SACHS GROUP, :
INC., :
:
         Plaintiff, :
: 05 Civ. 9327 (GEL)
-against- :
:
HENRY M. PAULSON et al., :
:
         Defendants, :
-and- :
:
THE GOLDMAN SACHS GROUP, INC., :
a Delaware corporation, :
:
         Nominal Defendant. :
:
-----------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al., :
:
         Plaintiffs, :
: 05 Civ. 9608 (GEL)
- against- :

|  |  |
|---|---|
| PHILLIP R. BENNETT et al., <br><br>                    Defendants. |  |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., <br><br>                    Plaintiffs, <br><br>  - against- <br><br> MAYER, BROWN, ROWE & MAW LLP, <br><br>                    Defendant. | 07 Civ. 6767 (GEL) |
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, <br><br>                    Plaintiff, <br><br>  - against- <br><br> THOMAS H. LEE PARTNERS, L.P. et al., <br><br>                    Defendants. | 07 Civ. 7074 (GEL) |
| AXIS REINSURANCE COMPANY, <br><br>                    Plaintiff, <br><br>  - against- <br><br> PHILLIP R. BENNETT et al., | 07 Civ. 7924 (GEL) |

|                                                      |   |
|------------------------------------------------------|---|
| Defendants.                                          | : |

-------------------------------------------------------x

MARC S. KIRSCHNER, as Trustee of the
Refco Private Actions Trust,

               Plaintiff,

  - against-                               07 Civ. 8165 (GEL)

PHILLIP R. BENNETT et al.,

               Defendants.

-------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P. et al.,

               Plaintiffs,

  - against-                               07 Civ. 8663 (GEL)

GRANT THORNTON LLP,

               Defendant.

-------------------------------------------------------x

VR GLOBAL PARTNERS, L.P. et al.,

               Plaintiffs,

  - against-                               07 Civ. 8686 (GEL)

PHILLIP R. BENNETT et al.,

               Defendants.

-------------------------------------------------------x

CAPITAL MANAGEMENT SELECT FUND
LTD. et al.,

               Plaintiffs,

|                                                              |   |                      |
|--------------------------------------------------------------|---|----------------------|
| - against-                                                   | : | 07 Civ. 8688 (GEL)   |
| PHILLIP R. BENNETT et al.,                                   | : |                      |
|                         Defendants.                          | : |                      |

-----------------------------------------------------------x

|                                                              |   |                      |
|--------------------------------------------------------------|---|----------------------|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : |                      |
|                         Plaintiff,                           | : | 07 Civ. 9238 (GEL)   |
| - against-                                                   | : |                      |
| THOMAS HACKL et al.,                                         | : |                      |
|                         Defendants.                          | : |                      |

-----------------------------------------------------------x

|                    |   |                       |
|--------------------|---|-----------------------|
|                    | : | 07 Civ. 9420 (GEL)    |
| In re REFCO, INC.  | : | 07 Civ. 9482 (GEL)    |
|                    | : | 07 Civ. 9483 (GEL)    |
|                    | : | 07 Civ. 10302 (GEL)   |

-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                                                GERARD E. LYNCH
                                                           United States District Judge