# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8686                                    Date Filed: _____

Plaintiff:
**VR Global Partners, L.P., et al.**

vs.

Defendant:
**Phillip R. Bennett, et al.**

For:
Scott A. Edelman
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

Received by Washington Pre-Trial Services, Inc. on the 6th day of November, 2007 at 7:13 pm to be served on **Robert Trosten, 1345 Westway Drive, Sarasota, FL 34236-1122**.

I, Mary L. Sanger, being duly sworn, depose and say that on the **9th day of November, 2007** at **1:31 pm, I:**

**INDIVIDUALLY** served by delivering a true copy of the **Summons; Rider to Civil Summons; Rule 7.1 Disclosure Statement; Complaint** with the date and hour of service endorsed thereon by me, to: **Robert Trosten**, and informed said person of the contents therein, in compliance with state statutes.

I ACKNOWLEDGE that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made. "Under penalty of perjury, I declare that I have read the foregoing  and that the facts stated therein are true."

Signed On ___11/9/07___

ALICE J. BOOMER
MY COMMISSION #DD626406
EXPIRES: JAN 03, 2011
Bonded through 1st State Insurance

**Mary L. Sanger**
Certified Process Server #301

Subscribed and Sworn to before me on the 11th day
of November, 2007 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

**Washington Pre-Trial Services, Inc.**
**4626 Wisconsin Ave. Nw**
**#300**
**Washington, DC  20016**
**(202) 887-0700**
Our Job Serial Number: 2007001462

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2b