UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VR GLOBAL PARTNERS, L.P., et al.,

            Plaintiffs,

vs.

PHILLIP R. BENNETT, et al.,

            Defendants.

07 Civ. 8686 (GEL)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in the above-captioned action for Defendant Richard N. Outridge, for the limited purpose of filing a Stipulation and Order extending Defendant Outridge's time to answer, move or otherwise respond to the complaint in the above-captioned action.

Dated: New York, New York
       February 19, 2008

**PROSKAUER ROSE LLP**

By: _/s/ Jessica Mastrogiovanni_
Claire P. Gutekunst
Jessica Mastrogiovanni
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant Richard N. Outridge*