UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
                                                                            :

VR Global Partners, L.P., et al.,             :

Plaintiffs,                                      :        Civil Action No. 07 Civ. 8686 (GEL)

     -against -                        :

Philip R. Bennett, et al.,                  :        NOTICE OF APPEARANCE

Defendants.                                 :
------------------------------------------------------------------------- x

To the Clerk of the Court and all parties of record:

      PLEASE TAKE NOTICE that Lawrence Zweifach, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

Dated: February 21, 2008
New York, New York

                                                HELLER EHRMAN LLP

                                                By:  /s/
                                                      Lawrence Zweifach (LZ-8641)
                                                          lawrence.zweifach@hellerehrman.com
                                                     Times Square Tower
                                                     7 Times Square
                                                   New York, New York 10036
                                                   Telephone: (212) 832-8300
                                                   Facsimile: (212) 763-7600

*Counsel for Defendant Philip Silverman*