UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                  :
VR Global Partners, L.P., et al.,                 :
                                                  :
Plaintiffs,                                       :  Civil Action No. 07 Civ. 8686 (GEL)
                                                  :
      -against -                                 :
                                                  :
Philip R. Bennett, et al.,                        :  NOTICE OF APPEARANCE
                                                  :
Defendants.                                       :
                                                  :
------------------------------------------------------------------------ x

To the Clerk of the Court and all parties of record:

      PLEASE TAKE NOTICE that Richard Cashman, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

Dated: February 21, 2008
New York, New York

                        HELLER EHRMAN LLP

                        By:   /s/
                            Richard Cashman (RC-4769)
                              richard.cashman@hellerehrman.com
                            Times Square Tower
                            7 Times Square
                            New York, New York 10036
                            Telephone: (212) 832-8300
                            Facsimile: (212) 763-7600

                        *Counsel for Defendant Philip Silverman*