UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                                         :
VR Global Partners, L.P., et al.,                                        :
                                                                         :
Plaintiffs,                                                              :   Civil Action No. 07 Civ. 8686 (GEL)
                                                                         :
        -against -                                                       :
                                                                         :
Philip R. Bennett, et al.,                                               :   NOTICE OF APPEARANCE
                                                                         :
Defendants.                                                              :
                                                                         :
------------------------------------------------------------------------ x

To the Clerk of the Court and all parties of record:

     PLEASE TAKE NOTICE that Eric Creizman, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

Dated: February 21, 2008
New York, New York

                                   HELLER EHRMAN LLP

                                   By:  /s/
                                        Eric Creizman (EC-7684)
                                          eric.creizman@hellerehrman.com
                                        Times Square Tower
                                        7 Times Square
                                        New York, New York 10036
                                        Telephone: (212) 832-8300
                                        Facsimile: (212) 763-7600

                                   *Counsel for Defendant Philip Silverman*