| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | This Document Applies<br>To All Actions. |
| In re REFCO CAPITAL MARKETS, LTD.<br>BROKERAGE CUSTOMER SECURITIES<br>LITIGATION. | Master File No.<br>05 Civ. 8626 (GEL) |
| VR GLOBAL PARTNERS, L.P. et al.,<br><br>      Plaintiffs,<br><br> - against -<br><br>PHILIP R. BENNETT et al.,<br><br>      Defendants. | No. 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al.,<br><br>      Plaintiffs,<br><br> - against -<br><br>PHILIP R. BENNETT et al.,<br><br>      Defendants. | No. 07 Civ. 8688 (GEL) |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that James Darrow of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of defendant Robert Trosten and requests that all papers in the above-captioned actions be served upon the undersigned at the email address stated below.

  I certify that I am admitted to practice before this Court.

Dated: February 21, 2008
New York, New York

                                  MORVILLO, ABRAMOWITZ, GRAND,
                                    IASON, ANELLO & BOHRER, P.C.

                                        /s/ James Darrow
                                    James Darrow (JD-9506)

                                  565 Fifth Avenue
                                  New York, New York 10017
                                  (212) 856-9600 (Phone)
                                  (212) 856-9494 (Fax)
                                  Email: jdarrow@maglaw.com

                                  *Attorneys for Defendant Robert Trosten*