**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br><br>TELEPHONE (212) 373-3000<br>FACSIMILE (212) 757-3990<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br><br>WRITER'S DIRECT DIAL NUMBER<br>212-373-3305<br><br>WRITER'S DIRECT FACSIMILE<br>212-373-2359<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br>rrosen@paulweiss.com | 1615 L STREET, NW<br>WASHINGTON, DC 20036-5694<br>TELEPHONE (202) 223-7300<br>FACSIMILE (202) 223-7420<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br>FACSIMILE (81-3) 3597-8120<br><br>UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO. 7 DONG SANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br>FACSIMILE (86-10) 6530-9070/9080<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2536-9933<br>FACSIMILE (852) 2536-9622<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br>FACSIMILE (44 20) 7367 1650 |

MATTHEW W. ABBOTT, MARK H. ALCOTT, ALLAN J. ARFFA, ROBERT A. ATKINS, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, RICHARD S. BORISOFF, HENK BRANDS, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, SUSANNA M. BUERGEL, PATRICK S. CAMPBELL*, JEANETTE K. CHAN, YVONNE Y. F. CHAN, DOUGLAS A. CIFU, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHARLES E. DAVIDOW, DOUGLAS R. DAVIS, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, JAMES M. DUBIN, LESLIE GORDON FAGEN, MARC FALCONE, PETER L. FELCHER, ROBERTO FINZI, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, KENNETH A. GALLO, MICHAEL E. GERTZMAN, PAUL D. GINSBERG, ERIC S. GOLDSTEIN, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, ROBERT M. HIRSH, MICHELE HIRSHMAN, JOYCE S. HUANG, JEH CHARLES JOHNSON, MEREDITH J. KANE, ROBERTA A. KAPLAN, BRAD S. KARP, JOHN C. KENNEDY, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, JOHN E. LANGE, DANIEL J. LEFFELL, XIAOYU GREG LIU, JEFFREY D. MARELL, JULIA TARVER MASON, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, TOBY S. MYERSON, JOHN E. NATHAN, CATHERINE NYARADY, ALEX YOUNG K. OH, JOHN J. O'NEIL, KELLEY D. PARKER, ROBERT B. PARKER*, MARC E. PERLMUTTER, MARK F. POMERANTZ, VALERIE E. RADWANER, CAREY R. RAMOS, CARL L. REISNER, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, STEVEN B. ROSENFELD, PETER J. ROTHENBERG, RAPHAEL M. RUSSO, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JAMES H. SCHWAB, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, MARILYN SOBEL, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, JUDITH R. THOYER, DANIEL J. TOAL, MARK A. UNDERBERG, LIZA M. VELAZQUEZ, MARIA T. VULLO, LAWRENCE G. WEE, THEODORE V. WELLS, JR., STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, JORDAN E. YARETT, KAYE N. YOSHINO, ALFRED D. YOUNGWOOD, TONG YU, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

[MEMO ENDORSED stamp]

February 20, 2008

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/21/08]

The Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 910
New York, NY 10007

*In re Refco Capital Markets, Ltd. Brokerage Customer Sec. Litig.*, No. 06 Civ. 643 (GEL)
(S.D.N.Y.), *VR Global Partners, L.P. et al. v. Bennett, et al.*, 07-CV-8686 (S.D.N.Y.),
and *Capital Management Select Fund Ltd., et al. v. Bennett, et al.*, 07-CV-8688
(S.D.N.Y.)

Dear Judge Lynch:

       We, along with Weil, Gotshal & Manges LLP, represent Defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC, THL Managers V, LLC, THL Equity Advisors V, LLP, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen (collectively, the "THL Defendants") in the above actions and write to request leave from Your Honor's Rule 2.D, which requires prior permission for the filing of a memorandum of law longer than twenty-five pages. We request that Your Honor <u>allow the THL Defendants to file a memorandum of law as long as 60 pages in support of these Defendants' motions to dismiss the above actions</u>, which will be filed this Thursday, February 21. This single memorandum would address all claims asserted against the THL Defendants in all three of the actions. We note, in this regard, that the three complaints at issue are comprised of an aggregate of 438 pages and 1,318 paragraphs. We believe that the Court and the

]* 

*SO ORDERED

/s/ Gerard E. Lynch
_____
GERARD E. LYNCH, U.S.D.J.
2/20/08

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gerard E. Lynch                                                    2

parties would be best served if all of the issues could be addressed comprehensively in a single memo of law applicable to all three lawsuits.

We have conferred with counsel for plaintiffs in the actions, who take no position on our request.

Respectfully submitted,

Richard A. Rosen

cc: all counsel (by e-mail)