UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS : 
LTD., VR CAPITAL GROUP LTD., AND VR : No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD., :
:
          Plaintiffs, : FILED ELECTRONICALLY
:
  - against - :
:
PHILIP R. BENNETT, ET AL., :
:
          Defendants. :
------------------------------------------------------------------x
CAPITAL MANAGEMENT SELECT FUND :
LTD., INVESTMENT & DEVELOPMENT : No. 07 Civ. 8688 (GEL)
FINANCE CORPORATION, IDC FINANCIAL S.A., :
:
          Plaintiffs, :
:
  - against - :
:
PHILIP R. BENNETT, ET AL., :
:
         Defendants. :
:
------------------------------------------------------------------x

### DECLARATION OF MATTHEW J. SAVA
### IN SUPPORT OF DEFENDANTS JOSEPH J. MURPHY'S AND
### WILLIAM M. SEXTON'S MOTION TO DISMISS THE COMPLAINTS

    MATTHEW J. SAVA hereby declares under penalty of perjury:

    1.    I am a partner in the law firm Shapiro Forman Allen & Sava LLP, attorneys for defendant Joseph J. Murphy. I respectfully submit this Declaration in support of the joint motion by defendants Murphy and William M. Sexton to dismiss the Complaints in the above-captioned actions.

    2.    Attached hereto as Exhibit A is an excerpt of the transcript of testimony by

Thomas Yorke ("Yorke") at a hearing before the Honorable Robert D. Drain in the United States Bankruptcy Court for the Southern District of New York in connection with the Refco bankruptcy. Mr. Yorke, a former Executive Vice President of Refco Capital Markets, Ltd. ("RCM") on its Global Execution and Finance Desk, testified in connection with a hearing before Judge Drain regarding procedures followed by RCM with respect to customer securities.

3. Mr. Yorke's testimony took place over three days in early 2006 (February 28, March 3 and March 6). Mr. Yorke's testimony is cited, referred to and relied upon in the Complaints in the above-captioned actions. Plaintiffs do not, and cannot, allege in their Complaints that Mr. Yorke ever mentioned Joseph Murphy or William Sexton in his testimony, which I have independently confirmed based on a review of the more than 750 transcript pages of Mr. Yorke's testimony.

Dated: New York, New York
       February 21, 2008

                                            /s/
                                    Matthew J. Sava

# EXHIBIT A

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3     ----------------------------------------X
                                               :
 4     In Re the Matter of:                    :   05-60006
                                               :
 5              REFCO, INC.,                   :   One Bowling Green
                                               :   New York, New York
 6              Debtors.                       :   March 3, 2006
       ----------------------------------------X
 7                                             :
       OFFICIAL COMMITTEE OF UNSECURED          :   05-03331
 8       CREDITORS,                            :
                                               :
 9              Plaintiffs,                    :
                                               :
10              v.                             :
                                               :
11     JOHN DOE, et al.,                       :
                                               :
12              Defendants.                    :
       ----------------------------------------X
13
                          TRANSCRIPT OF HEARING
14                BEFORE THE HONORABLE ROBERT D. DRAIN
                      UNITED STATES BANKRUPTCY JUDGE
15

16     APPEARANCES:

17     For the Debtor:         RICHARD B. LEVIN, ESQ.
                               Skadden, Arps, Slate, Meagher
18                               & Flom, LLP
                               Four Times Square
19                             New York, New York  10036

20

21     For Plaintiffs:         MATTHEW BARV, ESQ.
                               Milbank, Tweed, Hadley & McCloy
22                             One Chase Manhattan Plaza
                               New York, New York  10005
23

24
       For Bank of America:    THOMAS TORMEY, ESQ.
25                             Davis, Polk & Wardwell
                               450 Lexington Avenue
                               New York, New York  10017

                               (Appearances continued on next page)
```

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3     APPEARANCES (Continued)

 4

 5

 6

 7     Court Transcriber:        STACEY DELSOLE
                                 TypeWrite Word Processing Service
 8                               356 Eltingville Boulevard
                                 Staten Island, New York 10312
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
       Proceedings recorded by electronic sound recording,
       transcript produced by transcription service
```

```
                              Litt - Cross                           80
 1            MR. LITT:  Your Honor, I'm going to ask him some
 2   questions about it.  I just want him to understand that he saw
 3   it.
 4   Q    By the way, had you read that language before this
 5   bankruptcy?
 6   A    I have probably just reviewed the customer accounts on a
 7   cursory basis prior to the bankruptcy.
 8   Q    A cursory basis.
 9   A    Correct.
10   Q    Is that right?
11   A    Yes.
12   Q    But it's this agreement that you base your contention that
13   you had a right to hypothecate customer securities, right?
14   A    Yes.
15   Q    You ran the desk that hypothecated more than $2 billion of
16   customer securities and in your words pushed it up to Refco
17   Capital and the Refco empire and had no idea of the basis for
18   doing it?
19   A    Well, that's not correct.
20   Q    So what was your basis?
21   A    Well, my basis was that when I came on in '97 I was
22   working for two years for someone who was running this business
23   and he explained to me how the business worked and how we were
24   to run it.  And then when he left I took over and ran the
25   business in the manner that it had been run for the two years
```

```
                        Litt - Cross                           81
 1   that I originally joined the business.  I understood it to be
 2   run in connection with Refco's rights as a result of it being a
 3   Bermudian entity.
 4   Q    So as a result, you never had occasion, or thought about,
 5   reading this customer agreement?
 6   A    No, I would have, like I said, looked at one on a cursory
 7   basis from time to time.
 8   Q    Would you turn to page CMSF 14, which I believe it page
 9   14.  Yes.  This document also describes [inaudible] from that
10   paragraph, right?  Down in the Miscellaneous under where we
11   define what Refco is about in the Miscellaneous section?
12   A    It says "Trades executed at Refco" and then --
13   Q    Then go down.
14   A    -- I add down below it says "Trades executed away from
15   Refco".
16   Q    But cleared by Refco, right?
17   A    Yes.
18   Q    That's called what?
19   A    Well, they have in brackets here, Prime Brokerage, but I
20   hesitate to describe clearing a trade away as Prime Brokerage.
21   Q    But RCM described to their clients this was Prime
22   Brokerage, right?
23   A    Well, I wouldn't describe this -- I don't think there's
24   any section in here in this particular agreement describing
25   Prime Brokerage.
```