UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., PATON HOLDINGS LTD., VR CAPITAL GROUP LTD., AND VR ARGENTINA RECOVERY FUND, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> PHILLIP R. BENNETT, WILLIAM M. SEXTON, SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP SILVERMAN, ROBERT C. TROSTEN, RICHARD N. OUTRIDGE, TONE GRANT, REFCO GROUP HOLDINGS, INC., THOMAS H. LEE PARTNERS, L.P., THOMAS H. LEE ADVISORS LLC., THL MANAGERS V, LLC., THL EQUITY ADVISORS V, LLP., THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE TRUST, THOMAS H. LEE, DAVID V. HARKINS, SCOTT L. JAECKEL, SCOTT A. SCHOEN, AND GRANT THORNTON LLP, <br><br> Defendants. | **Electronically Filed** <br><br> Case No. 07 Civ. 8686 (GEL) <br><br> **NOTICE OF MOTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law In Support of Grant Thornton LLP's Motion to Dismiss the Complaint, upon the accompanying Declaration of Ruth A. Braun dated February 21, 2008, and upon all prior pleadings and proceedings herein, the undersigned will move this Court before the Honorable Gerard E. Lynch, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6B, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing the Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

Dated: February 21, 2008         Respectfully submitted,
       New York, New York
                                          WINSTON & STRAWN LLP

                                               /s/
*Of Counsel:*                    By:  David E. Mollón

Margaret Maxwell Zagel           David E. Mollón
Kenneth Cunningham               WINSTON & STRAWN LLP
GRANT THORNTON LLP               200 Park Avenue
175 West Jackson, 20th Floor     Ph: 212-294-6700
Chicago, Illinois 60604          Fax: 212-294-4700
Ph: 312-856-0001
Fax: 312-565-3473                Bradley E. Lerman
                                          Catherine W. Joyce
                                          Linda T. Coberly
                                          WINSTON & STRAWN LLP
                                          35 W. Wacker Drive
                                          Chicago, Illinois 60601
                                          Ph: 312-558-5600
                                          Fax: 312-558-5700

                                          *Attorneys for Grant Thornton LLP*