UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., PATON HOLDINGS LTD., VR CAPITAL GROUP LTD., AND VR ARGENTINA RECOVERY FUND, LTD., <br><br>        Plaintiffs,<br><br>  -against-<br><br>PHILLIP R. BENNETT, WILLIAM M. SEXTON, SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP SILVERMAN, ROBERT C. TROSTEN, RICHARD N. OUTRIDGE, TONE GRANT, REFCO GROUP HOLDINGS, INC., THOMAS H. LEE PARTNERS, L.P., THOMAS H. LEE ADVISORS LLC., THL MANAGERS V, LLC., THL EQUITY ADVISORS V, LLP., THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE TRUST, THOMAS H. LEE, DAVID V. HARKINS, SCOTT L. JAECKEL, SCOTT A. SCHOEN, AND GRANT THORNTON LLP,<br>        Defendants. | **Electronically Filed**<br><br>Case No. 07 Civ. 8686 (GEL)<br><br>**DECLARATION OF RUTH A. BRAUN IN SUPPORT OF GRANT THORNTON LLP'S MOTION TO DISMISS THE COMPLAINT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Ruth A. Braun, under penalty of perjury, hereby declares as follows:

       1.    I am an attorney at Winston & Strawn LLP, attorneys for Grant Thornton LLP ("Grant Thornton") in the above-captioned action, and am admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I submit this declaration in support of Grant Thornton's Motion To Dismiss the Complaint.

       2.    Attached hereto as Exhibit A is a true and correct copy of this Court's September 13, 2007 Opinion and Order dismissing the complaint in *In re Refco Capital Markets, Ltd. Brokerage Customer Sec. Litig.*, No. 06 Civ. 643 (S.D.N.Y. Sept. 13, 2007).

3. Attached hereto as Exhibit B is a true and correct copy of the Third Superseding Indictment against Phillip R. Bennett, Robert C. Trosten and Tone N. Grant (*United States v. Bennett*, 05 Cr. 1192 (S.D.N.Y.)).

4. Attached hereto as Exhibit C is a true and correct copy of the Indictment against Joseph P. Collins (*United States v. Collins*, 07 Cr. 1196 (S.D.N.Y.)).

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of Phillip R. Bennett's Plea Colloquy in *United States v. Bennett*, 05 Cr. 1192 (S.D.N.Y. Feb. 15, 2008).

6. Attached hereto as Exhibit E is a true and correct copy of the transcript of Robert C. Trosten's Plea Colloquy in *United States v. Trosten*, 05 Cr. 1192 (S.D.N.Y. Feb. 20, 2008).

7. Attached hereto as Exhibit F is a true and correct copy of the transcript of Santo C. Maggio's Plea Colloquy in *United States v. Maggio*, 07 Cr. 1196 (S.D.N.Y. Dec. 19, 2007).

8. Attached hereto as Exhibit G is a true and correct copy of the judgment entered by Judge Drain in *Kirschner v. Bencorp Casa de Bolsa, C.A. (In re Refco, Inc.)*, Adv. Proc. No. 06-01745 (RDD) (Bankr. S.D.N.Y. Dec. 29, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 21, 2008



/s/
Ruth A. Braun