UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VR GLOBAL PARTNERS, L.P., PATON
HOLDINGS LTD., VR CAPITAL GROUP LTD.,
AND VR ARGENTINA RECOVERY FUND,
LTD.,

         Plaintiffs,

    -against-

PHILLIP R. BENNETT, WILLIAM M. SEXTON,
SANTO C. MAGGIO, JOSEPH J. MURPHY,
PHILIP SILVERMAN, ROBERT C. TROSTEN,
RICHARD N. OUTRIDGE, TONE GRANT,
REFCO GROUP HOLDINGS, INC., THOMAS H.
LEE PARTNERS, L.P., THOMAS H. LEE
ADVISORS LLC., THL MANAGERS V, LLC.,
THL EQUITY ADVISORS V, LLP., THOMAS H.
LEE EQUITY FUND V, L.P., THOMAS H. LEE
PARALLEL FUND V, L.P., THOMAS H. LEE
EQUITY (CAYMAN) FUND V, L.P., THOMAS H.
LEE INVESTORS LIMITED PARTNERSHIP, 1997
THOMAS H. LEE NOMINEE TRUST, THOMAS
H. LEE, DAVID V. HARKINS, SCOTT L.
JAECKEL, SCOTT A. SCHOEN, AND GRANT
THORNTON LLP,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Electronically Filed**

Case No. 07 Civ. 8686 (GEL)

**CERTIFICATE OF SERVICE**

    I hereby affirm under penalties of perjury the following:

    1.    I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York, counsel of record for Defendant Grant Thornton LLP.

    2.    On February 21, 2008, Grant Thornton LLP's Notice of Motion To Dismiss the Complaint, Memorandum of Law in Support of its Motion to Dismiss and accompanying Declaration of Ruth A. Braun and its exhibits was served via electronic filing in the Southern District of New York's CM/ECF system to all parties and via U.S. Postal Service to the following:

Luc A. Despins
Sander Bak
Scott Alexander Edelman
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Counsel for plaintiffs VR Global Partners, L.P., Paton Holdings Ltd., VR Capital Group Ltd., and VR Argentina Recovery Fund, Ltd.*

Jeffrey T. Golenbock
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Fl.
New York, NY 10022-7302

*Counsel for defendants Philip R. Bennett and Refco Group Holdings, Inc.*

John Jerome
Saul Ewing LLP
245 Park Avenue, 24th Floor
New York, NY 10167

*Counsel for defendant Joseph J. Murphy*

Ivan O. Kline
Friedman & Wittenstein P.C.
600 Lexington Avenue
New York, NY 10022

*Counsel for defendant William M. Sexton*

Norman Eisen
Laura Neish
Zuckerman Spaeder, LLP
1800 M. St. N.W., Suite 1000
Washington, D.C. 20036

*Counsel for defendant Tone Grant*

Richard Soto
Scott E. Hershman
Hunton & Williams, LLP
200 Park Avenue, 43rd Floor
New York, NY 10166-0136

*Counsel for defendant Santo C. Maggio*

Richard Cashman
Heller Ehrman, White & McAuliffe, LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524

*Counsel for defendant Philip Silverman*

Jessica Mastrogiovanni
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

*Counsel for defendant Richard N. Outridge*

Seth Goodchild
Greg Danilow
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

 -and-

Richard A. Rosen
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel for defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC, THL Managers V, LLC, THL Equity Advisors V, LLP, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen*

Robert G. Morvillo
Morvillo, Abramowitz, Grand,
Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

*Counsel for defendant Robert C. Trosten*

Dated: February 21, 2008
       New York, New York

_____
Ruth A. Braun