UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS : 
LTD., VR CAPITAL GROUP LTD., AND VR : No. 07 CIV 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD., :
                               Plaintiffs, : ELECTRONICALLY FILED
          - against - :
PHILIP R. BENNETT, ET AL., :
                               Defendants. :
------------------------------------------------------------X
CAPITAL MANAGEMENT SELECT FUND LTD., :
INVESTMENT & DEVELOPMENT FINANCE : No. 07 Civ. 8688 (GEL)
CORPORATION, IDC FINANCIAL S.A., :
                               Plaintiffs, : **DECLARATION OF RICHARD**
          - against – : **CASHMAN IN SUPPORT OF**
                                         : **MOTION TO DISMISS BY**
PHILIP R. BENNETT, ET AL., : **DEFENDANT PHILIP**
                               Defendants. : **SILVERMAN**
------------------------------------------------------------X

     I, Richard Cashman, declare as follows:

     1.     I am special counsel to Heller Ehrman LLP, attorneys herein for defendant Philip Silverman, and a member in good standing of the bar of this Court. I submit this declaration in support of Mr. Silverman's motions to dismiss the complaints as against him in the above-captioned matters.

     2.     I attach hereto as Exhibit 1 a true and correct copy of the cover page of the Confidential Offering Circular for the $600,000,000 in 9% Senior Subordinated Notes offered by Refco Finance Holdings LLC, dated July 24, 2004, and those pages of the Offering Memorandum (pp. 85-88) identifying the Managers and Executive Officers of the company.

     3.     I attach hereto as Exhibit 2 a true and correct copy of the cover page of the Form S-4 Registration Statement under the Securities Act of 1933 for Refco Group Ltd., LLC, as filed with the Securities and Exchange Commission on October 12, 2004, and those pages of the

registration statement (pp. 86-90) identifying the Managers and Executive Officers of the company.

    4.    I attach hereto as Exhibit 3 a true and correct copy of the cover page of the Form S-1 Registration Statement under the Securities Act of 1933, for Refco Inc., as filed with the Securities and Exchange Commission on April 8, 2005, and those pages of the registration statement (pp. 93-100) identifying the Directors and Executive Officers of the company.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        February 21, 2008

          /s/ Richard Cashman
        Richard Cashman (RC 4769)
        richard.cashman@hellerehrman.com
        Heller Ehrman LLP
        Times Square Tower
        7 Times Square
        New York, New York  10036-6524
        Telephone: (212) 832-8300
        Facsimile:  (212) 763-7600

        *Attorneys for Defendant Philip Silverman*