UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PHILIP R. BENNETT, et al.,<br><br>  Defendants. | 07 Civ. 8686 |
| CAPITAL MANAGEMENT SELECT FUND, LTD., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PHILIP R. BENNETT, et al.,<br><br>  Defendants. | 07 Civ. 8688 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the THL Defendants' Motion to Dismiss, the accompanying Declaration of Richard A. Rosen dated February 21, 2008, and the exhibits annexed thereto, defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC, THL Managers V, LLC, THL Equity Advisors V, LLP, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, United States

District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, dismissing with prejudice the complaints in the above-captioned actions.

Dated:   New York, New York
         February 21, 2008

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:   /s/ Richard A. Rosen
              Richard A. Rosen
        1285 Avenue of the Americas
        New York, New York 10019
        (212) 373-3000
        rrosen@paulweiss.com

            -and-

        WEIL, GOTSHAL & MANGES LLP
        Greg A. Danilow
        767 Fifth Avenue
        New York, New York  10153
        (212) 310-8000
        greg.danilow@weil.com

        *Attorneys for the THL Defendants*