UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al., <br><br>Plaintiffs, <br><br>v. <br><br>PHILIP R. BENNETT, et al., <br><br>Defendants. | 07 Civ. 8686 (GEL) <br><br>**NOTICE OF MOTION** <br><br>*Electronically Filed* |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all proceedings heretofore had herein, the undersigned, on behalf of Defendant TONE GRANT, will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order dismissing the claims against Mr. Grant pursuant to Rules 9 (b) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      February 21, 2008

                                          Respectfully submitted,

                                          s/ Laura E. Neish
                                          Laura E. Neish (LN-0040)
                                          Zuckerman Spaeder LLP
                                          1540 Broadway, Suite 1604
                                          New York, NY 10036
                                          Tel: 212-704-9600
                                          Fax: 212-704-4256

                                          *Counsel to Defendant Tone Grant*

1698526.1