# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F ALBERT
ROBERT J ANELLO
LAWRENCE S BADER
BARRY A BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M JURIS
ROBERT G MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S SACK**
EDWARD M SPIRO
JEREMY H TEMKIN
JOHN J. TIGUE, JR
CYRUS R VANCE JR
RICHARD D WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
E SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D C
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

**MEMO ENDORSED**

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9540
bmoses@maglaw.com

February 21, 2008

JENNIFER L ACHILLES
CANDICE ALOISI
DAVID C. AUSTIN
LAWRENCE M BARNES*
JAMES DARROW
BENJAMIN S FISCHER
ELIZABETH HAINES
JAMES V HAYES****
RACHEL HEMANI
MATTHEW HOMBERGER
TIMOTHY M HUDSON**
JASMINE JUTEAU
THOMAS M KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M MURPHY
SARAH J. NORTH
CLAUDIO R OCHOA***
JANET ROUNTREE****
ASHLEY E RUPP
ANDREW J SCHELL
E SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M SPOTA
DAVID STANKIEWICZ
JERROLD L STEIGMAN
JAMES R STOVALL
BARBARA L TRENCHER
AMY M TULLY
KEFIRA R WILDERMAN

**BY FAX, WITH PERMISSION OF CHAMBERS**

The Honorable Gerard E. Lynch
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

Re: *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Litigation*, No. 06 Civ. 8626 (GEL) (S.D.N.Y.); *Capital Management Select Fund Ltd. et al. v. Philip R. Bennett et al.*, No. 07 Civ. 8688 (GEL) (S.D.N.Y.); *VR Global Partners, L.P. et al. v. Philip R. Bennett et al.*, No. 07 Civ. 8686 (GEL) (S.D.N.Y.)

Your Honor:

This firm represents Robert C. Trosten in these Consolidated Actions.

Pursuant to your Honor's order of October 31, 2007, the due date for our response to the plaintiffs' complaints is today. Yesterday evening, however, Mr. Trosten pleaded guilty in the Refco criminal action, *United States v. Bennett*, No. 05 Cr. 1192 (NRB) (S.D.N.Y.). This turn of events requires Mr. Trosten to reconsider his response.

We respectfully request that the time for Mr. Trosten to respond to the complaints in these actions be extended to Tuesday, February 26, 2007. We have contacted counsel for the plaintiffs in the Consolidated Action, who have no objection to this request. ]*

**SO ORDERED**

*signature*

GERARD E. LYNCH, U.S.D.J.

2/22/08

The Hon. Gerard E. Lynch
February 21, 2008
Page 2

    We regret that we were unable to make this request any earlier.

                              Sincerely,

                              Barbara Moses

cc (via email):    Mark A. Strauss, Esq.
                      Sander Bak, Esq.
                      Jeffrey T. Golenbock, Esq.
                      Ivan O. Kline, Esq.
                      Richard Soto, Esq.
                      Scott Edward Hershman, Esq.
                      Matthew Sava, Esq.
                      Richard Cashman, Esq.
                      Chakshu S. Patel, Esq.
                      Jessica Mastrogiovanni, Esq.
                      Claire P. Gutekunst, Esq.
                      Greg A. Danilow, Esq.
                      Richard A. Rosen, Esq.
                      Norman L. Eisen, Esq.
                      Laura Elizabeth Neish, Esq.
                      David Mollón, Esq.