UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

VR GLOBAL PARTNERS, L.P. PATON HOLDINGS   :
LTD., VR CAPITAL GROUP LTD., AND VR        :     No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD.,             :
                                           :
           Plaintiffs,        :
                                           :
    - against -                          :
                                           :
PHILIP R. BENNETT, ET AL.,                 :
                                           :
           Defendants.        :
-------------------------------------------------------------------x

CAPITAL MANAGEMENT SELECT FUND             :
LTD., INVESTMENT & DEVELOPMENT             :     No. 07 Civ. 8688 (GEL)
FINANCE CORPORATION, IDC FINANCIAL S.A.,   :
                                           :
           Plaintiffs,        :
                                           :
    - against -                          :
                                           :
PHILIP R. BENNETT, ET AL.,                 :
                                           :
           Defendants.        :
                                           :
-------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 2/22/08
```

## STIPULATION AND ORDER

        IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

counsel to the parties in the above-captioned actions, as follows:

        Defendants Joseph J. Murphy and William M. Sexton may file, in support of

motions to dismiss the Complaints in both actions, a single joint memorandum of law of up to 40

pages.

Dated: February 19, 2008
      New York, New York

**MILBANK, TWEED, HADLEY &**
    **McCLOY LLP**

By: _____

    Scott A. Edelman (SE 5247)
    Sander Bak (SB 2263)
    1 Chase Manhattan Plaza
    New York, NY 10005
    (212) 530-5000

    *Attorneys for Plaintiffs*

**SHAPIRO FORMAN ALLEN & SAVA LLP**

By: _____

    Matthew J. Sava (MS 9231)
    Yoram Jacob Miller (YM 4207)
    380 Madison Avenue
    New York, NY 10017
    (212) 972-4900

    *Attorneys for Defendant Joseph J. Murphy*

**FRIEDMAN & WITTENSTEIN**
A Professional Corporation

By: _____

    Stuart I. Friedman (SF 9186)
    Ivan Kline (IK 9591)
    600 Lexington Avenue
    New York, NY 10022
    (212) 750-8700

    *Attorneys for Defendant William M.*
    *Sexton*

**SO ORDERED:**

_____
Hon. Gerard E. Lynch, U.S.D.J.

2/22/08

2