LXN14,5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VR GLOBAL PARTNERS, L.P. PATON HOLDINGS  :
LTD., VR CAPITAL GROUP LTD., AND VR        :     No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD.,            :

                   Plaintiffs,    :

    - against -    :

PHILIP R. BENNETT, ET AL.,    :

                  Defendants.    :

---x

CAPITAL MANAGEMENT SELECT FUND       :
LTD., INVESTMENT & DEVELOPMENT        :     No. 07 Civ. 8688 (GEL)
FINANCE CORPORATION, IDC FINANCIAL S.A.,  :

                   Plaintiffs,    :

    - against -    :

PHILIP R. BENNETT, ET AL.,    :

                  Defendants.    :

---x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the

undersigned parties in the above-captioned actions, as follows:

Defendant Philip Silverman may file in support of motions to dismiss the

Complaints in both actions a single combined memorandum of law of up to 35 pages.

Dated: February 19, 2008
   New York, New York

MILBANK, TWEED, HADLEY &
   McCLOY LLP

By: _____
   Scott A. Edelman (SE 5247)
   Sander Bak (SB 2263)
   1 Chase Manhattan Plaza
   New York, NY 10005
   (212) 530-5000

   *Attorneys for Plaintiffs*

HELLER EHRMAN LLP

By: _____
   Richard Cashman (RC 4769)
   Times Square Tower,
   7 Times Square
   New York, NY 10036
   (212) 832-8300

   *Attorneys for Defendant Philip Silverman*


SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

2/22/08

NY 785351 v1

2