UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS :
LTD., VR CAPITAL GROUP LTD., AND VR :
ARGENTINA RECOVERY FUND, LTD., :            <u>Electronically Filed</u>
:
                     **Plaintiffs,** :            No. 07 Civ. 8686 (GEL)
:
        **-against-** :
:
PHILIP R. BENNETT, WILLIAM M. SEXTON, :
SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP :
SILVERMAN, ROBERT C. TROSTEN, RICHARD N. :
OUTRIDGE, TONE GRANT, REFCO GROUP :
HOLDINGS, INC., THOMAS H. LEE PARTNERS, :
L.P., THOMAS H. LEE ADVISORS LLC, THL :
MANAGERS V, LLC, THL EQUITY ADVISORS V, :
LLP, THOMAS H. LEE EQUITY FUND V, L.P., :
THOMAS H. LEE EQUITY FUND V, L.P., :
THOMAS H. LEE PARALLEL FUND V, L.P., :
THOMAS H. LEE EQUITY (CAYMAN) FUND V, :
L.P., THOMAS H. LEE INVESTORS LIMITED :
PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE :
TRUST, THOMAS H. LEE, DAVID V. HARKINS, :
SCOTT L. JAECKEL, SCOTT A SCHOEN, AND :
GRANT THORNTON LLP, :
:
                     **Defendants.** :
:
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Ivan Kline of Friedman & Wittenstein, A Professional Corporation, with offices located at 600 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendant William M. Sexton in the above-captioned action.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
      March 18, 2008

                **FRIEDMAN & WITTENSTEIN**
                **A Professional Corporation**

                By:   /s/ Ivan Kline
                     Ivan Kline (IK-9591)

                     600 Lexington Avenue
                     New York, New York 10022
                     Telephone:   (212) 750-8700
                     Facsimile:   (212) 223-8391

                     *Attorneys for Defendant William M. Sexton*