UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs and Defendant Richard N. Outridge ("Outridge"), through their undersigned attorneys, that the time for Outridge to answer, move or otherwise respond to the complaints in the above-captioned actions is extended to and including May 5, 2008.

Dated: March 19, 2008

By: *Claire P. Gutekunst*

Claire P. Gutekunst
Jessica Mastrogiovanni
**Proskauer Rose LLP**
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (facsimile)
*Attorneys for Defendant Richard N. Outridge*

By: *Sander Bak*

Scott Edelman
Sander Bak
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
(212) 530-5219 (facsimile)
*Attorneys for Plaintiffs VR Global Partners, L.P., et.al, and Capital Management Select Fund, et. al.*

By: *Mark A. Strauss / cpg*

Mark A. Strauss
**Kirby McInerney, LLP**
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600
*Attorneys for the Putative Class*

DONE and ORDERED
this 21st day of March, 2008

*Gerard E. Lynch*

GERARD E. LYNCH
United States District Judge