```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al, Plaintiffs,<br><br>- against -<br><br>PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al, Plaintiffs,<br><br>- against -<br><br>PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8688 (GEL) |

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

The Court, at the request of the parties in *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Litigation.*, [06 Civ. 643], *VR Global Partners, L.P. et al. v. Bennett, et al.*, [07-CV-8686] and *Capital Management Select Fund Ltd., et al. v. Bennett, et al.*, [07-CV-8688] (collectively, the "RCM Customer Actions"), extends the time, specified in its Order of October 30, 2007, for Plaintiffs to file and serve opposition papers in response to the motions to dismiss filed by the THL Defendants (as that term is defined in the Complaints), Grant Thornton LLP, Tone Grant, Joseph Murphy, William Sexton, Philip Silverman, and Robert Trosten (the "Moving Defendants") in

the RCM Customer Actions and the time for the Moving Defendants to file and serve any reply papers as follows.

IT IS HEREBY ORDERED THAT:

1.  In the RCM Customer Actions (a) Plaintiffs' opposition papers to the Moving Defendants' motions to dismiss shall be served and filed on or before April 28, 2008; and (b) the Moving Defendants' reply papers shall be served and filed on or before May 30, 2008.

IT IS SO ORDERED.

DATED: Apr. 16, 2008

_____
THE HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE