# MILBANK, TWEED, HADLEY & MCCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

| LOS ANGELES | | BEIJING |
|---|---|---|
| 213-892-4000 | 212-530-5000 | 8610-5969-2700 |
| FAX: 213-629-5063 | FAX: 212-530-5219 | FAX: 8610-5969-2707 |
| | | |
| WASHINGTON, D.C. | | HONG KONG |
| 202-835-7500 | | 852-2971-4888 |
| FAX: 202-835-7586 | | FAX: 852-2840-0792 |
| | SANDER BAK | |
| LONDON | PARTNER | SINGAPORE |
| 44-20-7615-3000 | DIRECT DIAL NUMBER | 65-6428-2400 |
| FAX: 44-20-7615-3100 | 212-530-5125 | FAX: 65-6428-2500 |
| | FAX: 212-822-5125 | |
| FRANKFURT | E-MAIL: sbak@milbank.com | TOKYO |
| 49-69-71914-3400 | | 813-5410-2801 |
| FAX: 49-69-71914-3500 | | FAX: 813-5410-2891 |
| | | |
| MUNICH | | |
| 49-89-25559-3600 | | |
| FAX: 49-89-25559-3700 | | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

RECEIVED
APR 16 2008

April 15, 2008

**VIA HAND DELIVERY**

Hon. Gerard E. Lynch
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 910
New York, NY 10007

Re:  *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Lit.*, [06 Civ. 643];
*VR Global Partners, L.P. et al. v. Bennett, et al.*, [07-CV-8686];
*Capital Management Select Fund Ltd., et al. v. Bennett, et al.*, [07-CV-8688]

Dear Judge Lynch:

      We write as Counsel to Plaintiffs[1] in the above-referenced actions (together the "RCM Customer Actions"), to request an extension of the remaining portion of the briefing schedule for the motions to dismiss. Pursuant to the Order entered by the Court on October 30, 2007 (the "Scheduling Order"), Plaintiffs are to file and serve opposition papers in response to the motions to dismiss on or before April 21, 2008. The Moving Defendants' reply papers are to be filed and served on or before May 21, 2008. All parties have consented to an extension whereby Plaintiffs' opposition papers will be due April 28, 2008, and the Moving Defendants' reply papers will be due May 30, 2008. We submit herewith a [Proposed] Revised Scheduling

---

[1] The Lead Plaintiffs in *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Lit.*, 06 Civ. 643, are represented by Kirby McInerney LLP (the "Kirby Firm"), and have filed a motion seeking to add Milbank Tweed Hadley & McCloy LLP as co-Lead Counsel. The Kirby Firm joins in this letter.

Order that reflects those revised dates.

Pursuant to Section 1.E. of Your Honor's Individual Practices in Civil Cases, we advise the Court that this is the first request the parties have made for an extension to the Scheduling Order.

On a separate issue, Plaintiffs intend to file one joint opposition brief for the RCM Customer Actions. This opposition brief will address each of the six motions to dismiss filed by the Moving Defendants, which total 173 pages. With the Court's consent, Plaintiffs' opposition brief will be 125 pages or less. We understand that the Moving Defendants consent to this request.

></>

Respectfully submitted,

*signature*

Sander Bak

cc: All Counsel (by e-mail)

\*SO ORDERED

*signature*
GERARD E. LYNCH, U.S.D.J.
4/16/08

2