COURTESY COPY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP R. BENNETT, et al., <br><br> Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP R. BENNETT, et al., <br><br> Defendants. | 07 Civ. 8688 (GEL) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between

Plaintiffs and Defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC,

THL Managers V, LLC, THL Equity Advisors V, LLP, Thomas H. Lee Equity Fund V,

L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V,

L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust,

Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen (the "THL

Defendants"), and Defendants Joseph J. Murphy, William M. Sexton and Philip

Silverman, that the time for the THL Defendants and Defendants Murphy, Sexton and

Silverman to file their reply papers in further support of their motions to dismiss the

above-captioned actions (the "Motions") is extended to and including June 9, 2008.

Pursuant to Section 1.E of the Court's Individual Practices in Civil Cases, counsel state

that the reply papers in support of the Motions were originally due to be served on or

before May 30, 2008, and that no prior extension of that due date was requested by the

defendants. The defendants did consent to an April 15, 2008 request by plaintiffs for an

extension of their time to file an answering brief in response to pending motions to

dismiss,  the effect of which was also to extend the date on which defendants' reply briefs

were due.  This Court granted that request on April 16, 2008.

Dated:  New York, New York
         May 28, 2008

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
     Richard A. Rosen
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendants Thomas H. Lee
Partners, L.P., Thomas H. Lee Equity
Fund V, L.P., Thomas H. Lee Parallel
Fund V, L.P., Thomas H. Lee Equity
(Cayman) Fund V., L.P., THL Equity
Advisors V, LLC, Thomas H. Lee
Investors Limited Partnership, The 1997
Thomas H. Lee Nominee Trust, Thomas
H. Lee, David V. Harkins, Scott L.
Jaeckel, and Scott A. Schoen*

MILBANK, TWEED, HADLEY &
McCLOY LLP

By: _____
     Scott A. Edelman
     Sander Bak
     Michael Shepherd
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for the Capital Management
and VR Plaintiffs; Proposed Co-Lead
Counsel for Lead Plaintiffs and the
Putative Class*

KIRBY McINERNEY & SQUIRE, LLP

By: _____
    Mark A. Strauss
    Richard L. Stone
830 Third Avenue
New York, NY 10022
(212) 371-6600

*Co-Lead Counsel for Lead Plaintiffs and
the Putative Class*

FRIEDMAN & WITTENSTEIN, A
PROFESSIONAL CORPORATION

By: _____
    Ivan O. Kline
600 Lexington Avenue
New York, NY 10022
(212)750-8700

*Attorneys for William M. Sexton*

HELLER EHRMAN LLP

By: _____
    Lawrence J. Zweifach (LZ-8641)
    Richard Cashman (RC-4769)
Times Square Tower, 7 Times Square
New York, NY 10036-6524
(212) 832-8300

*Attorneys for Philip Silverman*

SHAPIRO FORMAN ALLEN & SAVA
LLP

By: _____
    Matthew Joel Sava
380 Madison Avenue
New York, New York 10017
(212) 972-4900

*Attorneys for Joseph J. Murphy*

SO ORDERED:
_____
    Honorable Gerard E. Lynch
    United States District Judge

Dated: 5/29/08