UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | ELECTRONICALLY FILED<br><br>06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., PATON HOLDINGS LTD., VR CAPITAL GROUP LTD., AND VR ARGENTINA RECOVERY FUND, LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>PHILLIP R. BENNETT, WILLIAM M. SEXTON, SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP SILVERMAN, ROBERT C. TROSTEN, RICHARD N. OUTRIDGE, TONE GRANT, REFCO GROUP HOLDINGS, INC., THOMAS H. LEE PARTNERS, L.P., THOMAS H. LEE ADVISORS LLC., THL MANAGERS V, LLC., THL EQUITY ADVISORS V, LLP., THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE TRUST, THOMAS H. LEE, DAVID V. HARKINS, SCOTT L. JAECKEL, SCOTT A. SCHOEN, AND GRANT THORNTON LLP,<br><br>Defendants. | Applicable only to:<br>07 Civ. 8686 (GEL)<br><br>Hon. Gerard E. Lynch |

I hereby affirm under penalties of perjury the following:

1.    I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York, counsel of record for Defendant Grant Thornton LLP.

2. On May 30, 2008, Grant Thornton LLP's Reply Memorandum of Law in Support of its Motion to Dismiss was served via electronic filing in the Southern District of New York's CM/ECF system to all parties and via U.S. Postal Service to the following:

Luc A. Despins
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Counsel for plaintiffs VR Global Partners, L.P., Paton Holdings Ltd., VR Capital Group Ltd., and VR Argentina Recovery Fund, Ltd.*

Nicholas A. Pavich
Zuckerman Spaeder LLP
1540 Broadway
Suite 1604
New York, NY 10036

*Counsel for defendant Tone N. Grant*

Michael T. Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 1208
Chicago, IL 60601

*Counsel for defendant Tone N. Grant*

Dated: May 30, 2008
   New York, New York

_____
Ruth A. Braun