| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | This Document Applies<br>To All Actions. |

In re REFCO CAPITAL MARKETS, LTD.
BROKERAGE CUSTOMER SECURITIES
LITIGATION.

Master File No.
06 Civ. 643 (GEL)

---

VR GLOBAL PARTNERS, L.P. et al.,

                Plaintiffs,

- against -

PHILIP R. BENNETT et al.,

                Defendants.

No. 07 Civ. 8686 (GEL)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

---

CAPITAL MANAGEMENT SELECT FUND LTD. et al.,

                Plaintiffs,

- against -

PHILIP R. BENNETT et al.,

                Defendants.

No. 07 Civ. 8688 (GEL)

## STIPULATION AND ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. The time for Robert Trosten to serve a reply in further support of his motion to dismiss the complaints in the above-captioned actions is extended to and including June 9, 2008.

2. The time for Tone Grant to serve a reply in further support of his motion to dismiss the complaints in *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Litigation*, Master File No. 06 Civ. 643 (GEL), and *VR Global Partners, L.P. et al. v. Bennett et al.*, No. 07 Civ. 8686 (GEL), is extended to and including June 9, 2008.

2

3.        Pursuant to Section 1.E of the Court's Individual Practices in Civil Cases, counsel state that the reply papers in support of the motions were originally due to be served on or before May 30, 2008, and that no prior extension of that due date was requested by the defendants. The defendants did consent to an April 15, 2008 request by the plaintiffs for an extension of their time to file an answering brief in response to pending motions to dismiss, the effect of which was also to extend the date on which the defendants' reply briefs were due. This Court granted that request on April 16, 2008.

Dated: May 29, 2008
   New York, New York

| | |
|---|---|
| MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By: _____<br><br>Sander Bak<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Tel. (212) 530-5000<br>Email: sbak@milbank.com<br>*Attorneys for the Capital Management and VR Plaintiffs; Proposed Co-Lead Counsel for Lead Plaintiffs and the Putative Class* | KIRBY McINERNEY & SQUIRE LLP<br><br>By: _____<br><br>Mark A. Strauss<br>Richard L. Stone<br>830 Third Avenue<br>New York, NY 10022<br>Email: mstrauss@kmslaw.com<br>*Co-Lead Counsel for Lead Plaintiffs and the Putative Class* |

ZUCKERMAN SPAEDER LLP

By: _____

Norman L. Eisen
Laura Neish
1540 Broadway, Suite 1604
New York, NY 10036
Tel. (212) 704-9600
Email: neisen@zuckerman.com

- and -

HANNAFAN & HANNAFAN, LTD.

By: _____

Michael T. Hannafan
Blake T. Hannafan
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel: (312) 527-0055
Email: bth@hannafanlaw.com

*Attorneys for Defendant Tone Grant*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____

Barbara Moses
James Darrow
565 Fifth Avenue
New York, NY 10017
Tel. (212) 856-9600
Email: bmoses@maglaw.com
*Attorneys for Defendant Robert Trosten*

SO ORDERED.

Dated: New York, NY
       June 2, 2008

_____
Gerard E. Lynch, United States District Judge

4