```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS :
LTD., VR CAPITAL GROUP LTD., AND VR      :   No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD.,            :
                                          :
                        Plaintiffs,       :
                                          :
        - against -                       :
                                          :
PHILIP R. BENNETT, ET AL.,                :
                                          :
                        Defendants.       :
------------------------------------------------------------X
CAPITAL MANAGEMENT SELECT FUND LTD.,      :   No. 07 Civ. 8688 (GEL)
INVESTMENT & DEVELOPMENT FINANCE          :
CORPORATION, IDC FINANCIAL S.A.,          :
                                          :
                        Plaintiffs,       :
                                          :
        - against -                       :
                                          :
PHILIP R. BENNETT, ET AL.,                :
                                          :
                        Defendants.       :
------------------------------------------------------------X

## STIPULATION AND ORDER

　　　　IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

counsel to the parties in the above-captioned actions, as follows:

　　　　Defendant Philip Silverman may file, in support of his motions to dismiss the

Complaints in both actions, a single reply memorandum of law of up to 15 pages.

Dated: June 4, 2008
New York, New York

| | |
|---|---|
| **MILBANK, TWEED, HADLEY & McCLOY LLP** | **HELLER EHRMAN LLP** |
| By: _____ | By: _____ |
| Scott A. Edelman (SE 5247) | Lawrence J. Zweifach (LZ-8641) |
| Sander Bak (SB 2263) | Richard Cashman (RC-4769) |
| 1 Chase Manhattan Plaza | Eric M. Creizman (EC-7684) |
| New York, NY 10005 | Times Square Tower |
| (212-530-5000) | 7 Times Square |
| | New York, NY 10036 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Philip Silverman* |

SO ORDERED:

_____
Hon. Gerard E. Lynch,
United States District Judge

6/8/08

2