```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS  :
LTD., VR CAPITAL GROUP LTD., AND VR       :     No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD.,            :
                                          :
                    Plaintiffs,           :
                                          :
        - against -                       :
                                          :
PHILIP R. BENNETT, ET AL.,                :
                                          :
                    Defendants.           :
-----------------------------------------------------------x
CAPITAL MANAGEMENT SELECT FUND            :
LTD., INVESTMENT & DEVELOPMENT            :     No. 07 Civ. 8688 (GEL)
FINANCE CORPORATION, IDC FINANCIAL S.A.,  :
                                          :
                    Plaintiffs,           :
                                          :
        - against -                       :
                                          :
PHILIP R. BENNETT, ET AL.,                :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------------------------x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel to the parties in the above-captioned actions, as follows:

Defendants Joseph J. Murphy and William M. Sexton may file, in support of their motions to dismiss the Complaints in both actions, a single joint reply memorandum of law of up to 15 pages.

1

Dated: June 3, 2008
       New York, New York

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: _____
     Scott A. Edelman (SE 5247)
     Sander Bak (SB 2263)
     1 Chase Manhattan Plaza
     New York, NY 10005
     (212) 530-5000

     *Attorneys for Plaintiffs*

**SHAPIRO FORMAN ALLEN & SAVA LLP**

By: _____
     Matthew J. Sava (MS 9231)
     Yoram Jacob Miller (YM 4207)
     380 Madison Avenue
     New York, NY 10017
     (212) 972-4900

     *Attorneys for Defendant Joseph J. Murphy*

**FRIEDMAN & WITTENSTEIN**
A Professional Corporation

By: _____
     Stuart I. Friedman (SF 9186)
     Ivan Kline (IK 9591)
     600 Lexington Avenue
     New York, NY 10022
     (212) 750-8700

     *Attorneys for Defendant William M. Sexton*

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

6/9/08

2