UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>    Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>    Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear on behalf of Defendant Richard N. Outridge in the above-captioned actions for the limited purpose of filing a Motion To Dismiss on Defendant Outridge's behalf and request that a copy of all future papers related to

2

Defendant Outridge's Motion To Dismiss be served upon the undersigned at the address stated below.

Dated: New York, New York
      June 18, 2008

                                  PROSKAUER ROSE LLP

                                  By: *Claire P. Gutekunst*
                                       Claire P. Gutekunst

                                  1585 Broadway
                                  New York, New York  10036-8299
                                  (212) 969-3000
                                  (212) 969-2900 (facsimile)
                                  cgutekunst@proskauer.com

                                  *Attorneys for Defendant Richard N. Outridge*