UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>    Defendants. | 07 Civ. 8686 (GEL)<br><br>ELECTRONICALLY FILED |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>    Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

### NOTICE OF MOTION TO DISMISS BY DEFENDANT RICHARD N. OUTRIDGE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Defendant Richard N. Outridge's Motion to Dismiss, dated June 18, 2008, the Declaration of Jessica Mastrogiovanni In Support of Defendant Richard N. Outridge's Motion to Dismiss, dated June 18, 2008, the Complaints and all of the other documents filed in the above-captioned actions, defendant Richard N. Outridge, by and through his undersigned counsel, will move this

Court, before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), for an Order dismissing with prejudice all claims asserted against him in the Complaints filed in the above-captioned actions.

PLEASE TAKE FURTHER NOTICE that Mr. Outridge requests oral argument before the Court on his motion to dismiss.

Dated:  New York, New York
        June 18, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

By: /s/ Claire P. Gutekunst
    Claire P. Gutekunst
    cgutekunst@proskauer.com
    Jessica Mastrogiovanni
    jmastrogiovanni@proskauer.com
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Defendant Richard N. Outridge*