# EXHIBIT A

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3     ----------------------------------------X
                                                :
 4     In Re the Matter of:                     :   05-60006
                                                :
 5              REFCO, INC.,                    :   One Bowling Green
                                                :   New York, New York
 6              Debtors.                        :   March 3, 2006
       ----------------------------------------X
 7                                              :
       OFFICIAL COMMITTEE OF UNSECURED          :   05-03331
 8      CREDITORS,                              :
                                                :
 9              Plaintiffs,                     :
                                                :
10              v.                              :
                                                :
11     JOHN DOE, et al.,                        :
                                                :
12              Defendants.                     :
       ----------------------------------------X
13
                          TRANSCRIPT OF HEARING
14              BEFORE THE HONORABLE ROBERT D. DRAIN
                   UNITED STATES BANKRUPTCY JUDGE
15

16     APPEARANCES:

17     For the Debtor:         RICHARD B. LEVIN, ESQ.
                               Skadden, Arps, Slate, Meagher
18                               & Flom, LLP
                               Four Times Square
19                             New York, New York  10036

20

21     For Plaintiffs:         MATTHEW BARV, ESQ.
                               Milbank, Tweed, Hadley & McCloy
22                             One Chase Manhattan Plaza
                               New York, New York  10005
23

24
       For Bank of America:    THOMAS TORMEY, ESQ.
25                             Davis, Polk & Wardwell
                               450 Lexington Avenue
                               New York, New York  10017

                             (Appearances continued on next page)
```

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3     APPEARANCES (Continued)

 4

 5

 6

 7     Court Transcriber:        STACEY DELSOLE
                                 TypeWrite Word Processing Service
 8                               356 Eltingville Boulevard
                                 Staten Island, New York 10312
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
       Proceedings recorded by electronic sound recording,
       transcript produced by transcription service
```