# EXHIBIT A

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 FTFLkkFDPGAqn3vsa/bZSfFgHZU7M641BiBJTxxJTh+iGuy9EZivu0AHSkjVH0tQ
 iktDCx4MJgoj+ns4pii9LA==

<SEC-DOCUMENT>9999999997-04-043586.txt : 20041116
<SEC-HEADER>9999999997-04-043586.hdr.sgml : 20041116
<ACCEPTANCE-DATETIME>20041116110009
<PAPER>
ACCESSION NUMBER:              9999999997-04-043586
CONFORMED SUBMISSION TYPE:     X-17A-5
PUBLIC DOCUMENT COUNT:         1
CONFORMED PERIOD OF REPORT:    20040229
FILED AS OF DATE:              20040429
DATE AS OF CHANGE:             20041116
EFFECTIVENESS DATE:            20040429

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:            REFCO SECURITIES, LLC
                CENTRAL INDEX KEY:                 0000356503
                IRS NUMBER:                        522169037
                STATE OF INCORPORATION:            DE
                FISCAL YEAR END:                   0229

        FILING VALUES:
                FORM TYPE:            X-17A-5
                SEC ACT:              1934 Act
                SEC FILE NUMBER:      008-26718
                FILM NUMBER:          04013236

        BUSINESS ADDRESS:
                STREET 1:           ONE WORLD FINANCIAL CENTER
                STREET 2:           200 LIBRTY STREET-23RD FLOOR
                CITY:               NEW YORK
                STATE:              NY
                ZIP:                10281
                BUSINESS PHONE:     212-693-7283

        MAIL ADDRESS:
                STREET 1:           ONE WORLD FINANCIAL CENTER
                STREET 2:           200 LIBERTY STREET-23RD FLOOR
                CITY:               NEW YORK
                STATE:              NY
                ZIP:                10281

        FORMER COMPANY:
                FORMER CONFORMED NAME:   REFCO SECURITIES LLC
                DATE OF NAME CHANGE:     20020124

        FORMER COMPANY:
                FORMER CONFORMED NAME:   REFCO SECURITIES INC
                DATE OF NAME CHANGE:     19991203
```

```
        FORMER COMPANY:
                FORMER CONFORMED NAME:  BIANCHI SECURITIES INC
                DATE OF NAME CHANGE:    19821206
</SEC-HEADER>
<DOCUMENT>
<TYPE>X-17A-5
<SEQUENCE>1
<FILENAME>9999999997-04-043586.paper
<DESCRIPTION>AUTO-GENERATED PAPER DOCUMENT
<TEXT>
This document was generated as part of a paper submission.
Please reference the Document Control Number 04013236 for access to the original doc
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```