# EXHIBIT D

Page 1

HIGHLY CONFIDENTIAL

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x


In Re: REFCO INC., et al.

    Debtors Case No. 05-03064


--------------------------------x

       ***HIGHLY CONFIDENTIAL***

      DEPOSITION OF RICHARD DEITZ

         New York, New York

         January 24, 2006


Reported by:

KATHY S. KLEPFER, RPR, RMR, CRR

JOB NO. 5977

Page 166

```
 1       HIGHLY CONFIDENTIAL - Deitz
 2  are in our motion?
 3       MR. WEBER: No. No, but caring for
 4  Buenos Aires residents is.
 5       MR. ROSSMAN: Objection.
 6       Ask him if he cares. I'm sure he'll
 7  tell you that he does.
 8    Q. How are the VR assets exposed to a
 9  variety of foreign currencies like Indonesian
10  rupiah, Thai baht, Korean won, Russian rubles,
11  Argentine pesos and Brazilian R-E-A-I-S?
12    A. Reais.
13       Because, quite simply, we have
14  securities denominated in all of those
15  securities.
16    Q. What does VR ordinarily do to manage
17  those securities?
18    A. We actively manage and we hedge many
19  of these risks.
20    Q. How do you hedge those risks?
21    A. We hedge them through FX forwards,
22  currency options, other tools that are available
23  for hedging, and we hedge them through active
24  trading and management of positions.
25       MR. WEBER: Andy, why don't we take
```

Page 167

```
 1       HIGHLY CONFIDENTIAL - Deitz
 2  just two minutes. I think I'm just about
 3  done. Let me look over my notes and see if
 4  there's anything else.
 5       (Recess; Time Noted: 4:56 p.m.)
 6       (Time Noted: 5:14 p.m.)
 7  BY MR. WEBER:
 8    Q. Mr. Deitz, I think I'm about ready to
 9  wrap it up, as much fun as this has been. Just
10  a few questions.
11    A. As much time as you need.
12    Q. You're familiar with the concept of a
13  broker-dealer, correct?
14    A. Yes.
15    Q. Is it your understanding that a
16  broker-dealer has to physically segregate
17  securities that are on deposit with it?
18    A. It's my understanding that a
19  broker-dealer does segregate assets.
20    Q. Was it your understanding that RCM
21  would treat securities the same way as a
22  broker-dealer?
23    A. Yes.
24    Q. And that was based on discussions with
25  Adam Weiss?
```

Page 168

```
 1       HIGHLY CONFIDENTIAL - Deitz
 2    A. Yes, based on discussions and it was
 3  based on the -- we operated a relationship over
 4  a five-year period, and every, every, you know,
 5  indicia of that sort of relationship was
 6  supported by the business that we did with each
 7  other.
 8    Q. Now, are there onshore entities that
 9  provide prime brokerage services?
10    A. Are there onshore in the U.S.?
11    Q. Yes.
12    A. Presumably, yes.
13    Q. Did VR earn a greater return on its
14  assets by using Refco as opposed to a regulated
15  broker-dealer?
16    A. No.
17    Q. Did VR authorize RCM to repo out
18  securities?
19    A. The only securities that we authorized
20  to repo were specific repo transactions that we
21  entered into --
22    Q. Okay.
23    A. -- with Refco. But if you're asking
24  did we authorize them to repo, without our
25  knowledge, securities held in our account,
```

Page 169

```
 1       HIGHLY CONFIDENTIAL - Deitz
 2  absolutely not. It wasn't something that we
 3  even conceived could happen.
 4    Q. I wasn't entirely clear on your
 5  testimony earlier as to the precise functions of
 6  a prime broker, as you understand it, and I
 7  didn't really have time to take notes because we
 8  were going pretty fast.
 9    A. Sure. You want to re-read the
10  testimony?
11    Q. As I understand it, generally, prime
12  broker function includes execution, clearing and
13  settlement, is that fair?
14    A. I would say, no, if you read -- I
15  think it's consistent with what I said earlier,
16  clearing, settlement and custody.
17    Q. Clearing, settlement and custody?
18    A. Would be the core prime brokerage
19  functions.
20    Q. Is custody typically long-term,
21  short-term, or --
22    A. Custody is for as long as you hold the
23  security.
24    Q. So it doesn't have any special
25  connotation in terms of time?
```