UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | ) ) ) ) ) ) 06 Civ. 643 (GEL) |

### NOTICE OF CHANGE OF LAW FIRM ADDRESS

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has moved its offices from 830 Third Avenue, 10th Floor New York, NY 10022 to **825 Third Avenue, 16th Floor, New York NY 10022**. In addition, the firm's domain name has changed from "kmslaw.com" to "**kmllp.com**". The telephone and facsimile numbers remain the same.

Dated: July 9, 2008

> Respectfully submitted,
> **KIRBY McINERNEY LLP**
>
> By: _____
> Mark A. Strauss
> 825 Third Avenue, 16th Floor
> New York, NY 10022
> Tel:  (212) 371 - 6600
> Fax:  (212) 751 - 2540