UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>　　　　　　　　　Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>　　　　　　　　　Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendant Richard N. Outridge ("Outridge"), through their undersigned attorneys, that the time for Mr. Outridge to file his reply memorandum of law in further support of his motion to dismiss the complaints in the above-referenced actions is extended from August 15, 2008 to and including August 22, 2008. There has been no previous request for the extension sought herein.

Dated: August 14, 2008

By: _____
Claire P. Gutekunst
Jessica Mastrogiovanni
**Proskauer Rose LLP**
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (facsimile)
cgutekunst@proskauer.com
*Attorneys for Defendant Richard N. Outridge*

By: _____ /by TK
Scott Edelman
Sander Bak
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
(212) 530-5219 (facsimile)
sbak@milbank.com
*Attorneys for Plaintiffs VR Global Partners, L.P., et.al, Capital Management Select Fund, et. al., and for the Putative Class*

SO ORDERED
this 18th day of August, 2008

_____
GERARD E. LYNCH
United States District Judge