```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re REFCO CAPITAL MARKETS, LTD.              :
BROKERAGE CUSTOMER SECURITIES                  :     06 Civ. 643 (GEL)
LITIGATION                                     :
                                               :
-----------------------------------------------------------x
VR GLOBAL PARTNERS, L.P. et al.,               :
                                               :
                Plaintiffs,                    :
                                               :
        - against-                             :     07 Civ. 8686 (GEL)
                                               :
PHILLIP R. BENNETT et al.,                     :
                                               :
                Defendants.                    :
-----------------------------------------------------------x     ORDER
CAPITAL MANAGEMENT SELECT FUND                 :
LTD. et al.,                                   :
                Plaintiffs,                    :
                                               :
        - against-                             :     07 Civ. 8688 (GEL)
                                               :
PHILLIP R. BENNETT et al.,                     :
                                               :
                Defendants.                    :
-----------------------------------------------------------x
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/28/08

GERARD E. LYNCH, District Judge:

Pursuant to the Court's August 28, 2008, Opinion and Order in the above-captioned cases, the Clerk of Court is respectfully directed to close out the following motions:

1. Docs. ## 129, 132, 135, 139, and 176 in 06 Civ. 643.
2. Docs. ## 29, 33, 38, 41, 44, and 71 in 07 Civ. 8686.
3. Docs. ## 27, 31, 34, and 59 in 07 Civ. 8688.

SO ORDERED.

Dated: New York, New York
       August 28, 2008

_____
GERARD E. LYNCH
United States District Judge