Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
Kylie Davidson (KD 0502)
Michael Shepherd (MS 1313)
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al, Plaintiffs, <br><br> - against - <br><br> PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al, Plaintiffs, <br><br> - against - <br><br> PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8688 (GEL) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATIONS IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 6.3, Plaintiffs in the above-captioned actions file this Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Reconsideration (the "Motion") of the Court's August 28, 2008 Opinion and Order (the "Opinion"), and respectfully represent as follows:

1. The Court dismissed Plaintiffs' complaints without leave to replead.

2. The Court noted in the Opinion that "[w]ithout any idea of what additional facts plaintiffs would allege if permitted to replead, this Court simply cannot determine whether any amendment to their pleadings would be in the interest of justice." (Opinion at 43.)

3. Plaintiffs are contemporaneously filing a Notice of Motion for Reconsideration of the Court's Opinion and an accompanying Memorandum of Law. In addition, Plaintiffs seek to file herewith the Declarations of Sander Bak, with attached exhibits thereto, Marc S. Kirschner and David Galfus (collectively, the "Declarations").

4. In their papers, Plaintiffs identify the facts they would plead if the Court permits them to amend their complaints. To illustrate the support for the additional facts that Plaintiffs would allege, Plaintiffs seek to submit with the Motion the attached Declarations.

6. Plaintiffs respectfully ask the Court for leave to file the attached Declarations.

Dated: New York, NY
September 12, 2008

    MILBANK, TWEED, HADLEY & McCLOY LLP

    /s/ Scott A. Edelman
_____

Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
Kylie Davidson (KD 0502)
Michael Shepherd (MS 1313)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
SEdelman@milbank.com
*Counsel for the Capital Management and VR Plaintiffs; Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

KIRBY McINERNEY & SQUIRE, LLP

/s/ Mark A. Strauss
_____

Richard L. Stone (RS 5324)
Mark A. Strauss (MS 2288)
830 Third Avenue
New York, NY 10022
Tel.: (212) 371-6600
Fax: (212) 751-2540
mstrauss@kmllp.com
*Co-Lead Counsel for Lead Plaintiffs and the Putative Class*